UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BRENDA JOYCE KELLEY,

      Defendant.
_____/

Case No. 1:05:CR:20

HON. GORDON J. QUIST

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 15, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Brenda Joyce Kelley's plea of guilty to Count One of the Information is accepted. Defendant Brenda Joyce Kelley is adjudicated guilty.

3. Defendant Brenda Joyce Kelley shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: December 30, 2005

        /s/ Gordon J. Quist
       GORDON J. QUIST
   UNITED STATES DISTRICT JUDGE